CHARLOTTE MAY MORRIS v. JOSEPH CARL MORRIS

8 So. (2nd) 25                                   Division A
May 8, 1942

Donald Walker, and G. P. Garrett, for appellant.

Thomas S. Caro, for appellee.

PER CURIAM:

Appeal brings for review decree of divorce in favor of plaintiff in the court below, appellee here.

A study of the entire record discloses no reversible error and the decree is affirmed.

So ordered.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.